UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-02891-AH-(RAOx) | Date | February 23, 2026 |
|---|---|---|---|
| Title | *Nathanael Lucius v. Erewhon Market et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On January 15, 2026, the Court granted a motion to dismiss filed by Defendants Nowhere Palisades, LLC, erroneously sued as "Erewhon Market," and Tony Antoci (collectively, the "Defendants") as to Plaintiff Nathanael Lucius's ("Plaintiff") First Amended Complaint.  Dkt. No. 81.  In the order, the Court provided that "[a]ny amended complaint must be filed and served within 14 days." *Id.* at 14.  More than three weeks have passed since this deadline, and Plaintiff still has not filed an amended complaint.

Accordingly, Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from the filing of this Order, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond or inadequate response to the Order will result in the **dismissal** of this action.

**IT IS SO ORDERED.**